# MEMORANDUM DECISIONS

Emil R. ABBOTT, Respt., v. S. T. W. SAND-FORD & SONS, impld., Applt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Owen E. ABRAHAMS, as assignee, etc., Respt., v. AMERICAN EXCHANGE NATIONAL BANK, Applt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Owen E. ABRAHAMS, as assignee, etc., v. AMERICAN EXCHANGE NATIONAL BANK. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion for stay denied, with $10 costs. Order filed.

Isaac ABRAMOWITZ et al. v. SOUTH-WESTERN SURETY INS. CO. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Application denied, with $10 costs. Order signed.

Lillie ADOLPHI, Plff.-Respt.-Landlord v. Vincent INGLIMA, as Executor of the Last Will and Testament of Concetta Lopinto, substituted as party in the place and stead of Concetia Lopinto, deceased, Deft.-Applt.-Tenant. (Supreme Court, Appellate Term, First Department. February 10, 1916.) Appeal by tenant from a final order of the Municipal Court, City of New York, Borough of Manhattan, First District, dispossessing her from the premises occupied by him.

PER CURIAM. The final order should be reversed and proceedings dismissed on the authority of Adolphi v. Inglima, 130 N. Y. Supp. 130, with costs to the appellant. Final order reversed, with $25 costs, and proceedings dismissed, with costs in the court below.

Rose ALBERS, Applt., v. Edmund B. KUR-SHEEDT, Respt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Louise ALBRITE, as Adm'x, etc., Respt., v. THOMPSON-STARRET COMPANY, Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissenting.) Order filed.

Walter H. ALCOCK, Respt., v. HYDRAU-LIC TURBINE CORP'N, Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Alyce M. ALLAIRE, respondent, v. Charles M. ALLAIRE, appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) In his discretion, the court at Special Term declined to discharge from an alimony order a defaulting defendant who, in violation of our decree, had within three months remarried in New Jersey. Besides being a disobedience, his act consisted also in taking on himself a new financial responsibility which tended to prevent him from paying the sums directed for plaintiff's support. His conduct therefore, cannot commend his appeal to a New York court. Ryer v. Ryer, 33 Hun, 116. As appellant makes out no ground for us to interfere with the refusal of the court at Special Term to relieve him, the order is affirmed, with $10 costs and disbursements. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

William ALLAN, appellant, v. Henry M. DOWNING and Winifred DOWNING, respondents. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Judgment and order of the County Court of Westchester County affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

ALLIED INVESTORS REALTY CO., Applt., v. John P. MITCHEL, as Mayor, etc., Respt. N. Y. SANITARY UTILIZATION CO. v. SAME. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Orders affirmed, with $10 costs and disbursements. No opinion. Orders filed.

ALLIED INVESTORS REALTY CO., Respt., v. John P. MITCHEL, as Mayor, etc., Gaffney, Gahagan & Van Etten, Applts. N. Y. SANITARY UTILIZATION CO. v. SAME. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Orders affirmed, with $10 costs and disbursements. No opinion. Orders filed.

AMERICAN FIDELITY CO. OF MONT-PELIER, VT., Respt., v. William E. STOKES, Applt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.